# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| NATHAN HOUSTON, | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 13-01160-CV-W-GAF |
| NPC INTERNATIONAL, INC. | ) |
| **Defendant.** | ) |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

Date: April 16, 2015